1  SEYFARTH SHAW LLP
   Catherine M. Dacre (SBN 141988)
2  cdacre@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, CA  94105-2930
   Telephone:    (415) 397-2823
4  Facsimile:    (415) 397-8549

5  SEYFARTH SHAW LLP
   Michael W. Kopp (SBN 206385)
6  mkopp@seyfarth.com
   400 Capitol Mall, Suite 2350
7  Sacramento, California 95814-4428
   Telephone:    (916) 448-0159
8  Facsimile:    (916) 558-4839

9  Attorneys for Defendant
   SIMPSON STRONG-TIE COMPANY, INC.
10
   LAW OFFICES OF FRANK PACHECO
11 Frank M. Pacheco (SBN 163467)
   343 East Main Street, Suite l706
12 Stockton, Califorina  95202
   Telephone:  (209) 937-0644
13
   Attorneys for Plaintiff
14 GAYLE W. BROWN

15                  UNITED STATES DISTRICT COURT

16         EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

17

18 GAYLE W. BROWN,                          Case No. 2:19-CV-01921-KJM-AC

19              Plaintiff,                   **JOINT STIPULATION AND ORDER FOR
                                             PLAINTIFF TO FILE THIRD AMENDED
20      v.                                   COMPLAINT**

21 SIMPSON STRONG-TIE COMPANY, INC., and
   DOES 1 through 100, inclusive,
22
              Defendants.
23                                           Complaint Filed:  January 8, 2019

24

25

26

27

28

---

Plaintiff Gayle W. Brown and Defendant Simpson Strong-Tie Company, Inc. jointly stipulate as follows:

WHEREAS, On January 8, 2019, Plaintiff GAYLE W. BROWN ("Plaintiff") filed a Complaint in the Superior Court of the State of California for the County of San Joaquin, entitled *Gayle W. Brown v. Simpson Strong-Tie Company, Inc., et al.*, Case No. STK-CV-UCR-2019-0000289 (the "Complaint);

WHEREAS, Plaintiff filed an Amended Complaint on March 1, 2019;

WHEREAS, Plaintiff filed a Second Amended Complaint on August 21, 2019;

WHEREAS, Plaintiffs seeks to amend the operative Second Amended Complaint to add two new paragraphs, but is not adding any new causes of action;

WHEREAS, the parties seek to avoid litigating a motion for leave to amend the Second Amended Complaint with a proposed Third Amended Complaint;

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties as follows:

1. As a courtesy to Plaintiff and to avoid burdening the Court with motion practice, Defendant does not oppose Plaintiff's request to file the proposed Third Amended Complaint attached as Exhibit A;

2. Defendant is not conceding that the allegations in the Third Amended Complaint have merit, that any cause of action in the Third Amended Complaint is properly pled, and preserves all arguments and defenses, including as to jurisdiction.

3. Defendant will have 14 days to respond to the Third Amended Complaint after the Third Amended Complaint is accepted for filing by this Court.

4. Plaintiff has stipulated to provide documents relevant to the new allegations in the Third Amended Complaint without any requirement for Defendant to serve requests for production for those documents and that those documents will be provided by April 2, 2020.

IT IS SO STIPULATED.

DATED:  April 1, 2020

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____ /s/ Michael W. Kopp_____
Catherine M. Dacre
Michael W. Kopp
Attorneys for Defendant
SIMPSON STRONG-TIE COMPANY

I, Michael Kopp, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  April 1, 2020

LAW OFFICES OF FRANK PACHECO

By: _____ /s/ Frank M. Pacheco (as authorized on September 26, 2019)
Frank M. Pacheco
Attorneys for Plaintiff
GAYLE W. BROWN

## ORDER

IT IS SO ORDERED that:

1.      Plaintiff shall file its Third Amended Complaint within 7 days of the date of this order.

2.      Defendant's response is due within 14 days of the filing date of the Third Amended Complaint.

//////

3.     Plaintiff has stipulated to provide documents relevant to the new allegations in the Third Amended Complaint without any requirement for Defendant to serve requests for production for those documents and that those documents shall be provided by April 2, 2020.

DATED:  April 7, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE