**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

| | |
|---|---|
| Gayle w. Brown, | No. 2:19-cv-01921-KJM-AC |
|     Plaintiff, | |
| v. | |
| Simpson Strong-Tie Co., et al., | Date: July 12, 2022 |
|     Defendant. | Deputy Clerk: C. Schultz |
| _____/ | Court Reporter: Jennifer Coulthard |

**Counsel for Plaintiff**: Frank Pacheco

**Counsel for Defendant**: Giovanna Ferrari and Michael Kopp

**JURY TRIAL (Day 8):**

- 9:00 a.m.   Deliberations continued.  All parties on standby pending deliberations.
- 10:25 a.m.  Jury note received.
- 10:50 a.m.  Attorneys present as identified above.  Plaintiff, Gayle Brown, present.  Defendant Representative, Cassandra Payton, present. Outside the presence of the jury, the court and counsel discussed the jury note received at 10:25 a.m.
- 10:55 a.m.  Jury present.  The jury confirmed they had reached an unanimous verdict.
- 10:57 a.m.  Verdict published. At the request of Plaintiff, the jury was polled.

| | |
|---|---|
| 11:00 a.m. | After polling the jury, the court determined that an unanimous verdict, in favor of Defendant, had been reached.  The court thanked and excused the jury. |
| 11:05 a.m. | The parties confirmed they had no immediate post-trial motions and court was adjourned. |

**TIME IN COURT**: 15 Minutes